IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USAA FEDERAL SAVINGS BANK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA HUMAN | : | NO. 10-7220 |
| RELATIONS COMMISSION | : | |

## ORDER

**AND NOW**, this 23rd day of August, 2011, upon consideration of the cross-motions for summary judgment (Document Nos. 15 and 16) and after oral argument, it is **ORDERED** as follows:

1. The plaintiff's motion for summary judgment is **DENIED**;

2. The defendant's motion for summary judgment is **GRANTED**;

3. No later than **August 30, 2011**, the parties shall submit a proposed order consistent with the memorandum opinion accompanying this Order. If the parties cannot agree on a proposed order, they shall file separate proposed orders accompanied by explanations not to exceed three pages.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.